**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsbergglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANTHONY PASSERO, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

CREDIT 9 LLC D/B/A CONSOLIFI USA,

*Defendant*.

Case No. 8:26-cv-02146

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Anthony Passero, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Anthony Passero, individually, are hereby dismissed without prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: October 30, 2026

Respectfully submitted,

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com
*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com